UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WARREN E. BELL, JR., <br><br>                Petitioner, <br><br>   v. <br><br>JASON BENNETT, <br><br>                Respondent. | CASE NO. 2:24-cv-01204-JNW-BAT <br><br>**REPORT AND RECOMMENDATION** |

Petitioner, a Stafford Creek Corrections Center prisoner, filed a petition for writ of habeas corpus and an application to proceed *in forma pauperis* (IFP). Dkt. 1. Petitioner's prison trust account statement shows Petitioner has average monthly receipts of $150.00, an average spendable balance of $49.19, and thus the ability to pay the $5.00 fee for filing a federal habeas petition. The Court accordingly recommends:

    1.    Petitioner's IFP application be denied.

    2.    Petitioner be directed to pay the $5.00 filing fee within 14 days of adoption of this report and recommendation, or the matter will be dismissed without prejudice.

    2.    The clerk shall provide a copy of this report to Petitioner.

REPORT AND RECOMMENDATION - 1

**OBJECTIONS AND APPEAL**

This Report and Recommendation is not an appealable order. Therefore, Petitioner should not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Objections, however, may be filed no later than **August 29, 2024.** The Clerk shall note the matter for **August 30, 2024**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 15th day of August, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2